UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY FREEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>    Defendants. | Case No. 23-cv-00476-AGT<br><br>**RECUSAL ORDER** |

    I, the undersigned judge, find myself disqualified to preside over the above-entitled action.

I recuse myself and request that the case be reassigned pursuant to the Assignment Plan.

    **IT IS SO ORDERED.**

Dated: February 2, 2023

_____
Alex G. Tse
United States Magistrate Judge