NATHAN GOLDBERG, SBN 61292
ngoldberg@amglaw.com
JOHN S. WEST, SBN 102034
jwest@amglaw.com
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Boulevard, Suite 1500
Los Angeles, California 90048
Telephone No: (323) 653-6530
Fax No: (323-653-1660

*Attorneys for Plaintiff, Shelley Freeman*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELLEY FREEMAN,<br><br>              Plaintiff,<br><br>      v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., et al.,<br><br>              Defendants. | Case No. 4:23-cv-00476-DMR<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO A DATE IN NOVEMBER, 2023**<br><br>(Related to Docket No. 23)<br><br>The Hon. Donna M. Ryu<br><br>*Current* CMC Date: October 4, 2023<br>*Proposed* CMC Dates: Nov. 6, 7, 8, 14, 15 or 16 |

WHEREAS, through a Minute Order entered on July 25, 2023 (Docket no. 23), the Court, sua sponte, (1) reset the Case Management Conference that was previously set to be held on July 27, 2023 at 1:00 p.m. to October 4, 2023 at 1:00 p.m. by video conference only, and (2) ordered that the parties file an updated Case Management Statement by 9/27/2023, and

WHEREAS, plaintiff's only knowledgeable counsel, Nathan Goldberg and John S. West, are both unavailable on October 4, 2023 because (1) Nathan Goldberg will be at trial during the month of October in another matter and (2) John S. West will be out of town and unavailable from September 28 through October 16, 2023, and

WHEREAS, counsel for all parties have met and conferred, and have agreed subject to Court approval, to continue the Case Management Conference to a date in November, 2023, and

WHEREAS, counsel for Defendants is available on the following dates in November of 2023: November 6, 7, 8, 14, 15 or 16, all of which are acceptable to counsel for plaintiff.

IT IS ACCORDINGLY STIPULATED AND AGREED, BY AND BETWEEN PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR AUTHORIZED ATTORNEYS, AS FOLLOWS:

1. Subject to Court approval, the Case Management Conference now set for October 4, 2023 at 1:00 p.m. (videoconference) shall be continued to one of the following dates to be selected by the Court: November 6, 7, 8, 14, 15 or 16 at the time designated by the Court, and as otherwise designated by the Court.

2. The due date for the filing of an updated Case Management Conference Statement is to be set by the Court.

Dated:  July 28, 2023          Respectfully submitted,

**SULLIVAN & CROMWELL LLP**

By: *Diane L. McGimsey*
    Diane L. McGimsey (SBN 234953)
    (mcgimseyd@sullcrom.com)
    Avalee M. Statner (SBN 318867)
    (statnera@sullcrom.com)
    1888 Century Park East, Suite 2100
    Los Angeles, California  90067
    Telephone:    (310) 712-6600
    Facsimile:    (310) 712-8800

*Counsel for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*

**ALLRED, MAROKO & GOLDBERG**

By: *John S. West*
    Nathan Goldberg (SBN 61292)
    John S. West (SBN 102034)
    6300 Wilshire Boulevard, Suite 1500
    Los Angeles, CA  90048
    Telephone:    (323) 653-6530
    Facsimile:    (323) 653-1660

*Counsel for Plaintiff Shelley Freeman*

**Attestation Pursuant to Local Rule 5-1(h)(3)**

Pursuant to Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: July 28, 2023

*John S. West*
John S. West

**ORDER**

Good cause having been demonstrated to the satisfaction of the Court, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Case Management Conference now set for October 4, 2023 at 1:00 p.m. (videoconference only) is hereby continued to November 15, 2023 at 1:00 p.m. (videoconference only).

2. An updated Case Management Conference Statement is due by November 8, 2023.

**IT IS SO ORDERED.**

Date: July 28, 2023

Hon. Donna M. Ryu
United States Magistrate Judge