1 | Diane L. McGimsey (SBN 234953)
  | (mcgimseyd@sullcrom.com)
2 | Avalee M. Statner (SBN 318867)
  | (statnera@sullcrom.com)
3 | Rose G. Garber (SBN 339196)
  | (garberr@sullcrom.com)
4 | SULLIVAN & CROMWELL LLP
  | 1888 Century Park East, Suite 2100
5 | Los Angeles, California  90067
  | Telephone:     (310) 712-6600
6 | Facsimile:     (310) 712-8800

7 | *Counsel for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| SHELLEY FREEMAN, | Case No. 4:23-cv-00476-DMR |
| | |
| Plaintiff, | **STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., | The Hon. Donna M. Ryu |
| Defendants. | |

1   WHEREAS, on March 14, 2024, the Court set a further case management conference for July 17, 2024 at 1:30 p.m. via videoconference and ordered that the Parties file an updated joint case management statement by July 10, 2024 (ECF No. 49);

WHEREAS, the Parties are currently engaged in fact discovery;

WHEREAS, Plaintiff served Plaintiff's First Request for Production to Defendants (the "Requests") on May 14, 2024;

WHEREAS, Defendants sought and Plaintiff agreed to extend the deadline to respond to the Requests, which included 198 separate requests for production, to July 15, 2024;

WHEREAS, the Parties anticipate meeting and conferring on the scope and timing of Defendants' production of documents, once Defendants serve their responses and objections to the Requests;

WHEREAS, the Parties do not yet know if the assistance of the Court will be needed to resolve Defendants' objections;

WHEREAS, the Parties are also currently negotiating a stipulated protective order and an electronic discovery protocol that will govern the production of documents and electronically stored information;

WHEREAS, the Parties have conferred and agreed that the interests of judicial efficiency and economy would be best served by continuing the case management conference currently scheduled for July 17, to enable the Parties to meet and confer on the scope and timing of Defendants' production of documents and agree upon a stipulated protective order, to be submitted for the Court's approval, and an electronic discovery protocol;

WHEREAS, the Parties do not have anything further to report to the Court at this stage, but have agreed that, in the event circumstances necessitate an earlier further case management conference, they will determine a mutually agreeable date for an earlier conference at the Court's availability;

WHEREAS, this stipulation is not a waiver of any Party's rights, remedies, claims or defenses;

IT IS ACCORDINGLY STIPULATED AND AGREED, by and between Plaintiff and Defendants, by and through their authorized attorneys, and subject to approval by the Court, as follows:

1. The further case management conference currently set for July 17, 2024 is continued to October 15, 2024 at 1:30 p.m., or a date thereafter that is convenient for the Court.

2. The Parties shall file an updated joint case management statement no later than 7 days prior to the further case management conference.

Dated: July 9, 2024                    Respectfully submitted,

**SULLIVAN & CROMWELL LLP**

By: /s/ *Diane L. McGimsey*

Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
Avalee M. Statner (SBN 318867)
(statnera@sullcrom.com)
Rose G. Garber (SBN 339196)
(garberr@sullcrom.com)
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

*Counsel for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*

**ALLRED, MAROKO & GOLDBERG**

By: /s/ *John S. West*

Nathan Goldberg (SBN 61292)
John S. West (SBN 102034)
6300 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90048
Telephone:    (323) 653-6530
Facsimile:    (323) 653-1660

*Counsel for Plaintiff Shelley Freeman*

**Attestation Pursuant to Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: July 9, 2024

/s/ *Diane L. McGimsey*
Diane L. McGimsey

\*   \*   \*

**ORDER (AS MODIFIED)**

**PURSUANT TO THE STIPULATION, IT IS ORDERED THAT** the Further Case Management Conference set for July 17, 2024 at 1:30 p.m. is continued to October 16, 2024 at 1:30 p.m. in Oakland by Zoom Videoconference.  Parties shall file an updated joint case management conference statement by October 9, 2024.  All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.**

**IT IS SO ORDERED AS MODIFIED.**

Date: July 10, 2024

Hon. Donna M. Ryu
United States Chief Magistrate Judge