1  Diane L. McGimsey (SBN 234953)
   (mcgimseyd@sullcrom.com)
2  Jordan L. Gary (SBN 351074)
   (garyj@sullcrom.com)
3  Avalee M. Statner (SBN 318867)
   (statnera@sullcrom.com)
4  Rose G. Garber (SBN 339196)
   (garberr@sullcrom.com)
5  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
6  Los Angeles, California  90067
   Telephone:    (310) 712-6600
7  Facsimile:    (310) 712-8800

8  *Counsel for Defendants Wells Fargo &
   Company and Wells Fargo Bank, N.A.*

9

10

11

12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14

15

16  SHELLEY FREEMAN,                        Case No. 4:23-cv-00476-DMR

17                         Plaintiff,       **STIPULATION AND ORDER (AS MODIFIED) RE: REQUEST TO MODIFY CASE SCHEDULE**
18           v.

19                                          The Hon. Donna M. Ryu
    WELLS FARGO & COMPANY, WELLS
20  FARGO BANK, N.A.,

21                         Defendants.

22

23

24

25

26

27

28

The undersigned counsel for Plaintiff Shelley Freeman ("Plaintiff") and Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. ("Defendants," and collectively with Plaintiff, the "Parties") in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, on November 16, 2023, the Court entered a Case Management and Pretrial Order for Jury Trial setting the current schedule (ECF No. 44);

WHEREAS, on May 14, 2024, Plaintiff served Plaintiff's First Request for Production to Defendants ("Plaintiff's Requests") containing 198 separate document requests;

WHEREAS, on July 15, 2024, Defendants served their responses and objections to Plaintiff's Requests;

WHEREAS, the Parties have had multiple meet and confer discussions regarding Plaintiff's Requests and the Parties are continuing to meet and confer concerning the requests to try to narrow any outstanding disputes;

WHEREAS, Defendants will begin producing documents responsive to requests to which there is no dispute in short order;

WHEREAS, on October 7, 2024, Defendants served their First Set of Requests for Production to Plaintiff ("Defendants' Requests");

WHEREAS, Plaintiff's responses and objections to Defendants' Requests are due November 6, 2024;

WHEREAS, the Parties anticipate serving additional discovery in the near future and commencing depositions as soon as reasonably possible;

WHEREAS, on October 11, 2024, the Court entered an order:  (i) continuing the case management conference set for October 16, 2024 to February 19, 2025; and (ii) directing the Parties to file a stipulation and proposed order re: request to modify case schedule by October 16, 2024 (ECF No. 56); and

WHEREAS, for the reasons set forth in the Parties' Joint Case Management Statement (ECF No. 54), the Parties respectfully submit that good cause exists to amend the case schedule.

NOW, THEREFORE, the Parties hereby stipulate and agree to, and respectfully request that the Court enter the following case schedule:


| EVENT | CURRENT DATE | ~~PROPOSED~~ DATE |
|---|---|---|
| Deadline to Complete Non-Expert Discovery | November 1, 2024 | March 21, 2025 |
| Last Day for Dispositive Motions to be Heard | February 13, 2025 | July 10, 2025 |
| Deadline to Serve Opening Expert Reports | April 24, 2025 | September 11, 2025 |
| Deadline to Serve Rebuttal Expert Reports | May 15, 2025 | October 2, 2025 |
| Deadline to Complete Expert Discovery | May 29, 2025 | October 16, 2025 |
| Last day for *Daubert* Motions to be Heard | July 24, 2025 | December 11, 2025 |
| Deadline to Complete Private Mediation | July 31, 2025 | December 18, 2025 |
| Deadline to Meet and Confer re Joint Pretrial Conference Statement, Preparation and Exchange of Pretrial Materials, and Settlement | September 23, 2025 | ~~February 10, 2026~~ March 10, 2026 |
| Deadline to File Joint Pretrial Statement and other Pretrial Materials | October 3, 2024 | ~~March 2, 2026~~ March 20, 2026 |
| Deadline to Serve and File Certain Objections and Oppositions to Motions *in Limine* | October 13, 2025 | ~~March 12, 2026~~ March 30, 2026 |
| Pretrial Conference | October 22, 2025 | ~~March 20, 2026~~ April 8, 2026 |
| Trial | November 3, 2025 | ~~March 30, 2026~~ April 20, 2026 |

**IT IS SO STIPULATED AND ORDERED (AS MODIFIED ON OCTOBER 21, 2024).**

Dated: October 17, 2024

Respectfully submitted,

**SULLIVAN & CROMWELL LLP**

By: _____/s/ *Diane L. McGimsey*_____

Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
Jordan L. Gary (SBN 351074)
(garyj@sullcrom.com)
Avalee M. Statner (SBN 318867)
(statnera@sullcrom.com)
Rose G. Garber (SBN 339196)
(garberr@sullcrom.com)
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Counsel for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*

**ALLRED, MAROKO & GOLDBERG**

By: /s/ *John S. West*

Nathan Goldberg (SBN 61292)
John S. West (SBN 102034)
6300 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90048
Telephone:     (323) 653-6530
Facsimile:      (323) 653-1660

*Counsel for Plaintiff Shelley Freeman*

**Attestation Pursuant to Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated:  October 17, 2024

/s/ *Diane L. McGimsey*
Diane L. McGimsey

\*   \*   \*

**ORDER (AS MODIFIED)**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED AS MODIFIED.

Date: October 21, 2024

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Donna M. Ryu — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

Hon. Donna M. Ryu
United States Chief Magistrate District Judge