1  Diane L. McGimsey (SBN 234953)
   (mcgimseyd@sullcrom.com)
2  Avalee M. Statner (SBN 318867)
   (statnera@sullcrom.com)
3  Rose G. Garber (SBN 339196)
   (garberr@sullcrom.com)
4  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
5  Los Angeles, California  90067
   Telephone:    (310) 712-6600
6  Facsimile:    (310) 712-8800

7  *Counsel for Defendants Wells Fargo &*
   *Company and Wells Fargo Bank, N.A.*

8

9

10

11                    **UNITED STATES DISTRICT COURT**

12                  **NORTHERN DISTRICT OF CALIFORNIA**

13

14

15  SHELLEY FREEMAN,                        Case No. 4:23-cv-00476-ASK

16                          Plaintiff,      **STIPULATION AND ORDER (AS
                                            MODIFIED) TO CONTINUE MARCH 17,**
17           v.                             **2026 CASE MANAGEMENT CONFERENCE**

18
    WELLS FARGO & COMPANY, WELLS
19  FARGO BANK, N.A.,                       The Hon. Ajay S. Krishnan

20                          Defendants.

21

22

23

24

25

26

27

28

1  WHEREAS, on February 11, 2026, the Court reset the case management conference scheduled for

2  February 17, 2026 to March 17, 2026 at 1:30 p.m. (ECF No. 77);

3  WHEREAS, lead trial counsel for Defendants will be out of the country on March 17, 2026;

4  WHEREAS, the Parties have conferred and agreed to jointly request that the case management

5  conference be continued to April 7, 2026, to ensure that lead trial counsel for Defendants can attend;

6  WHEREAS, this stipulation is not a waiver of any Party's rights, remedies, claims, or defenses;

7  IT IS ACCORDINGLY STIPULATED AND AGREED, by and between Plaintiff and

8  Defendants, by and through their authorized attorneys, and subject to approval by the Court, as follows:

9  1.  The case management conference currently set for March 17, 2026 is continued to April 7,

10  2026 at 1:30 p.m., or a date thereafter that is convenient for the Court.

11  2.  The Parties shall file an updated joint case management statement no later than 7 days prior

12  to the case management conference.

13  Dated: March 3, 2026  Respectfully submitted,

14  **SULLIVAN & CROMWELL LLP**

15

16  By:_____/s/ *Diane L. McGimsey*_____

17  Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)

18  Avalee M. Statner (SBN 318867)
(statnera@sullcrom.com)

19  Rose G. Garber (SBN 339196)
(garberr@sullcrom.com)

20  1888 Century Park East, Suite 2100
Los Angeles, California  90067

21  Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

22
*Counsel for Defendants Wells Fargo &*

23  *Company and Wells Fargo Bank, N.A.*

24  **ALLRED, MAROKO & GOLDBERG**

25

26  By:___/s/ *John S. West*_____

27
John S. West (SBN 102034)

28  (jwest@amglaw.com)
6300 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90048

1

Telephone:    (323) 653-6530
Facsimile:     (323) 653-1660

2

3

Mariann M. Wang (*pro hac vice*)
(mwang@wanghecker.com)
Maggie Hadley (*pro hac vice*)
(mhadley@wanghecker.com)
WANG HECKER LLP
111 Broadway, Suite 1406
New York, New York  10006
Telephone:    (212) 620-2600

4

5

6

7

*Counsel for Plaintiff Shelley Freeman*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SULLIVAN &
CROMWELL LLP

STIPULATION AND ORDER TO CONTINUE MARCH 17, 2026 CASE MANAGEMENT CONFERENCE
CASE NO. 4:23-CV-00476-ASK

1

**Attestation Pursuant to Local Rule 5-1(i)(3)**

2

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been

3

obtained from the other signatory.

4

Dated:  March 3, 2026                                      /s/ *Diane L. McGimsey*

5

Diane L. McGimsey

6

*            *            *

7

8

**ORDER (AS MODIFIED)**

9

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

10

1.   The case management conference currently set for March 17, 2026 is continued to April 7,

2026 at 1:30 p.m via Zoom.

11

12

2.   The Parties shall file an updated joint case management statement by March 31, 2026.

13

14

15

Date:    March 6, 2026

16

Hon. Ajay S. Krishnan
United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28