Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
Avalee M. Statner (SBN 318867)
(statnera@sullcrom.com)
Rose G. Garber (SBN 339196)
(garberr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Counsel for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

SHELLEY FREEMAN,

Plaintiff,

v.

WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A.,

Defendants.

Case No. 4:23-cv-00476-ASK

**STIPULATION AND ORDER TO STAY ACTION AND EXTEND CASE DEADLINES**

The Hon. Ajay S. Krishnan

WHEREAS, on September 2, 2026, the Parties submitted a letter to the Court seeking a limited stay of this action to allow the Parties to pursue mediation before Carol Wittenberg of JAMS, before incurring the additional costs associated with completing fact depositions, expert discovery, and summary judgment proceedings (ECF No. 114);

WHEREAS, on September 4, 2026, the Court entered an order concerning the Parties' letter and proposal therein indicating that it is open to granting the proposed stay upon the Parties' submission of a proposed schedule with a trial date in June or the first three weeks of July 2027 (ECF No. 115);

WHEREAS, this stipulation is not a waiver of any Party's rights, remedies, claims, or defenses;

IT IS ACCORDINGLY STIPULATED AND AGREED, by and between Defendants and Plaintiff, by and through their authorized attorneys, and subject to approval by the Court, as follows:

1. All case deadlines are stayed until the earlier of December 31, 2026 or two weeks after the Parties have completed private mediation.

2. Following the mediation, the Parties will promptly notify the Court whether (a) the Parties have reached an agreement in principle to resolve the action; (b) the Parties have not reached an agreement in principle but are continuing productive settlement discussions; or (c) settlement discussions have concluded without an agreement in principle.

3. If mediation does not result in an agreement in principle to resolve the action by the above-referenced date and the Court determines based on the Parties' status update that the stay should be lifted, the following case deadlines will go into effect:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Deadline to complete non-expert discovery | 9/30/2026 | 2/12/2027 |
| Hearing on dispositive motions | 11/18/2026 | 3/31/2027 |
| Deadline to designate experts | 12/2/2026 | 4/14/2027 |
| Deadline to serve rebuttal expert reports | 12/30/2026 | 5/12/2027 |
| Deadline to complete expert discovery | 1/11/2027 | 5/24/2027 |
| Deadline to complete private mediation | 1/15/2027 | 5/28/2027 |
| Deadline to meet and confer regarding pretrial materials | 1/29/2027 | 6/11/2027 |
| Deadline to file motions *in limine* | 2/5/2027 | 6/17/2027 |
| Deadline to file proposed juror questions | 2/8/2027 | 6/21/2027 |
| Hearing on *Daubert* motions | 2/17/2027 | 6/30/2027 |
| Deadline to file oppositions to motions *in limine* | 2/18/2027 | 7/1/2027 |
| Deadline to file pretrial order | 2/18/2027 | 7/1/2027 |
| Final pretrial conference | 2/25/2027 | 7/8/2027 |
| Jury selection/jury trial | 3/1/2027 | 7/12/2027 |

Dated: September 8, 2026

Respectfully submitted,

**SULLIVAN & CROMWELL LLP**

By: /s/ *Diane L. McGimsey*

Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
Avalee M. Statner (SBN 318867)
(statnera@sullcrom.com)
Rose G. Garber (SBN 339196)
(garberr@sullcrom.com)
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Counsel for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*

**ALLRED, MAROKO & GOLDBERG**

By: /s/ *John S. West*

John S. West (SBN 102034)
(jwest@amglaw.com)
6300 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90048
Telephone: (323) 653-6530
Facsimile: (323) 653-1660

Mariann M. Wang (*pro hac vice*)
(mwang@wanghecker.com)
Maggie Hadley (*pro hac vice)*
(mhadley@wanghecker.com)
WANG HECKER LLP
111 Broadway, Suite 1406
New York, New York 10006
Telephone: (212) 620-2600

*Counsel for Plaintiff Shelley Freeman*

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Date: September 9, 2026

Hon. Ajay Krishnan
United States Magistrate Judge

**Attestation Pursuant to Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: September 8, 2026

/s/ *Diane L. McGimsey*
Diane L. McGimsey

* * *